UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUANN D SMITH,<br><br>              Plaintiff,<br><br>      v.<br><br>BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP, et al.,<br><br>              Defendants. | Case No. 17-cv-02679-JST<br><br>**ORDER ON STIPULATION FOR STAY OF PROCEEDINGS UNTIL AUGUST 30, 2017**<br><br>Re:  ECF No. 19 |

Before the Court is the parties' Stipulation for Stay of Proceedings Until August 30, 2017.

ECF No. 19.  In view of the parties' request and their continued settlement discussion, the Court

will continue the briefing deadlines on Defendant Wells Fargo Bank, N.A.'s motion to dismiss,

ECF No. 10, as follows:  Plaintiff shall file an opposition to the motion by August 3, 2017 and

Defendant shall file its reply to the opposition by August 10.  The stipulation is denied in all other

respects.

    **IT IS SO ORDERED.**

Dated:  July 5, 2017

_____
                  JON S. TIGAR
              United States District Judge