UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAAN D. SMITH,<br><br>  Plaintiff,<br><br>vs.<br><br>BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP; WELLS FARGO BANK, N.A., successor to WACHOVIA MORTGAGE, FSB, formerly known as WORLD SAVINGS BANK, FSB; and DOES 1-40,<br><br>  Defendants. | Case No.  3:17-cv-02679-JST<br><br>[Assigned to the Hon. Jon S. Tigar]<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a confidential settlement agreement that has been executed by the parties, the joint stipulation of dismissal executed and filed by the parties, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The above-entitled action is dismissed *with prejudice* as to all defendants;
2. Each party shall bear their own fees and costs; *and*
3. The Court shall close its file.

DATED: August 23, 2017 , 2017

THE HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE